UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CHRISTOPHER DAWES and DEBRA MALONEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> vs. <br><br> FIRSTSOURCE ADVANTAGE, LLC, and LVNV FUNDING, LLC <br><br> Defendants. | Case No.: 17-cv-78 <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** <br><br><br> Hon. William E. Duffin |

THE PLAINTIFFS, Christopher Dawes and Debra Maloney, by counsel, Ademi & O'Reilly LLP, hereby give notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendants, Firstsource Advantage, LLC and LVNV Funding, LLC, have not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 27th day of February 2017.

By: s/ Mark A. Eldridge
Mark A. Eldridge (SBN: 1089944)
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahy, WI 53110
meldridge@ademilaw.com
tel (414) 482-8000
fax (414) 482-8001